JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINO CARINO,<br><br>Plaintiff,<br><br>vs.<br><br>DONNA CAMPAGNOLO, DIRECTOR OF LOS ANGELES DISTRICT U.S. CITIZENSHIP AND IMMIGRATION SERVICE,<br><br>Defendant. | Case No.: CV 18-3426-DMG (JCx)<br><br>**ORDER RE DISMISSAL OF ACTION [22]** |

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT the above-captioned action is DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties. The parties shall bear their own attorney's fees and costs.

DATED: February 12, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE